IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FERNANDO GAUD and**
**DARREN DIONE AQUINO,**

    *Plaintiffs*,

v.                                Case No.: 4:21cv104-MW/MAF

**THE FEDERAL ELECTION**
**COMMISSION, et al.,**

    *Defendants*.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation, ECF No. 48, and has also reviewed *de novo* Plaintiffs' objections, ECF No. 51. Plaintiffs object to, among other things, the Magistrate Judge's denial of their request to be appointed counsel to assist in this civil action. However, as has already been explained to Plaintiffs, they are not entitled to appointment of counsel nor does this case present the sort of extraordinary circumstances that would warrant such relief. *See* ECF No. 22 at 8. I find no error in the Magistrate Judge's conclusion that appointment of counsel in this case is unwarranted. Moreover, Plaintiffs have been afforded multiple opportunities and extensions to amend their complaint to state a plausible claim for relief. Accordingly,

**IT IS ORDERED**:

The report and recommendation, ECF No. 48, is **accepted and adopted**, over the Plaintiffs' objections, as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiffs' third amended complaint, ECF No. 31, is **DISMISSED** for failure to state a claim upon which relief may be granted." The Clerk shall close the file.

**SO ORDERED on December 29, 2021.**

s/Mark E. Walker           
**Chief United States District Judge**
